No. 81–2200. MINERS & MERCHANTS BANK OF ROUNDUP, MONTANA *v.* STENSVAD ET AL. Sup. Ct. Mont. Certiorari denied. ▮

No. 81–2201. KEEFE *v.* UNITED STATES. Ct. Cl. Certiorari denied. ▮

No. 81–2203. GIOVANAZI *v.* GIOVANAZI ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 81–2207. C. B. FOODS, INC. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE. C. A. 3d Cir. Certiorari denied. ▮

No. 81–2208. INTERCOLLEGIATE (BIG TEN) CONFERENCE OF FACULTY REPRESENTATIVES ET AL. *v.* WILSON. C. A. 7th Cir. Certiorari denied. ▮

No. 81–2210. GREYHOUND LINES, INC. *v.* PRICE. C. A. 4th Cir. Certiorari denied.

No. 81–2212. KAYE *v.* LUCE, FORWARD, HAMILTON & SCRIPPS ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–2214. ANDRUS ENERGY CORP. ET AL. *v.* UNITED STATES ET AL. Temp. Emerg. Ct. App. Certiorari denied. ▮

No. 81–2216. BYRD *v.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied. ▮

No. 81–2220. UNITED STATES EX REL. PATRICK *v.* HILTON, WARDEN, TRENTON STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 81–2222. SWEATT ET AL. *v.* PLUMBAGO MINING CORP. Sup. Jud. Ct. Me. Certiorari denied. ▮